**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 11, 2023<br>Docket #: 22-2656cv<br>Short Title: United States of America v. Siemens AG | DC Docket #: 12-cv-1466<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Carter |

### NOTICE OF HEARING DATE

**Argument Date/Time:** Wednesday, June 7, 2023 at 10:00am.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 15th Fl. Room:1505

**Time Allotment:** 10 mins per side

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

Approximately one week prior to argument, the Court will advise the individuals who will appear of the format for the argument. The Court prefers to hold argument in person. However, argument may be held by Zoom, teleconference, or a combination of in-person and remote arguments, depending upon then current pandemic-related considerations. A party who has demonstrated good cause by motion and judges may participate remotely. If an argument is remote, the parties will receive instructions to access Zoom or the teleconference.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

See page 2 for additional information.

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: **Wendy H. Schwartz**
Firm Name (if applicable): **Binder & Schwartz LLP**
Current Telephone Number: **212-510-7008**

The above named attorney represents:
( ) Appellant/Petitioner    (x) Appellee-Respondent ( )    Intervenor

Date: **May 12, 2023**    Signature: */s/ Wendy H. Schwartz*

### NOTICE TO THE BAR

**Offsite Video Argument.** At this time the Court does not provide offsite video argument.

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $34 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick-up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

Inquiries regarding this case may be directed to 212-857-8595.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I caused a true and correct copy of the foregoing Notice of Hearing Date Acknowledgment to be filed electronically with the Court using the ECF system.

I further certify that on May 12, 2023, I caused a true and correct copy of the foregoing Notice of Hearing Date Acknowledgment to be served on (i) Agatha Cole via email at agathamcole@gmail.com and agatha@beverlypllc.com, (ii) Max Rodriguez via email at Max@pollockcohen.com, (iii) Steve Cohen via email at SCohen@PollockCohen.com, (iv) Adam Pollock via email at APollock@PollockCohen.com and adam@pollockcohen.com, (v) Jeffrey K. Powell of the United States Department of Justice via email at Jeffrey.Powell@usdoj.gov, and (vi) Benjamin H. Torrance of the United States Department of Justice via email at benjamin.torrance@usdoj.gov.

                                                 */s/ Wendy H. Schwartz*
                                                 Wendy H. Schwartz