# Pollock | Cohen LLP

111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361

---

June 9, 2023

<u>Via ECF</u>

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States of America et al. ex rel. Clifford Weiner v. Siemens AG et al.*, No. 22-2656

  Pursuant to Fed. R. App. P. 28(j), Relator-Appellant Clifford Weiner hereby submits a clarification and correction of a point raised at oral argument on June 7, 2023, in the above-captioned case.

  During my rebuttal remarks at oral argument, Judge Pooler asked in sum and substance whether current counsel for Mr. Weiner, after our substitution into the case in September 2020, ever made a request or motion asking the district judge for permission to serve. In response, I said that "I don't recall whether that was in the letter, your Honor, I don't believe so."

  I write to clarify that counsel for Relator did in fact request an order from the District Court authorizing service after our appearance as substitute counsel. After the first joint letter submitted to the District Court on September 17, 2020 (App'x 82–87), the District Court issued an order on September 18, 2020 requesting that the parties submit pre-motion letters seeking permission to pursue their respective intended relief. (App'x 88).

  On October 2, 2020, counsel for Relator, by my colleague Adam Pollock, submitted a letter to the District Court: (1) requesting permission to file a motion for leave to amend the complaint (App'x 89–90); (2) agreeing to consent to a stay of discovery (App'x 90); and (3)

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
June 9, 2023
Page 2 of 2

requesting that the District Court issue an order authorizing service. (App'x 90).

     With respect to the request for service, the letter explained that it was Relator's position that "[t]his Court had not yet ordered service of the Complaint on Defendants" and that 31 U.S.C. § 3730(b)(2) precluded service without such an order. (App'x 90). The letter went on to "respectfully ask this court to order service of the Complaint on Defendants so that we may proceed with this case" and that after such an order, "we will promptly serve the Complaint. . . ." (App'x 90).

                              Respectfully submitted,

                              */s/ Max Rodriguez*

                              Max E. Rodriguez
                              Adam Pollock
                              POLLOCK COHEN LLP
                              111 Broadway, Suite 1804
                              New York, NY 10006
                              (646) 290-7509

                              *Counsel for the Appellant,*
                              *Clifford Weiner*

cc: All Counsel of Record

## CERTIFICATE OF COMPLIANCE

This letter complies with the word count limitation of Fed. R. App. P. 28(j), because this letter in its body contains 308 words.

Dated: June 9, 2023 By: */s/ Max Rodriguez*

Max E. Rodriguez
Adam Pollock
111 Broadway, Suite 1804
New York, NY 10006
Tel: (646) 290-7509
max@pollockcohen.com
adam@pollockcohen.com