

Wendy H. Schwartz
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.510.7143
(F) 212.510.7299
wschwartz@binderschwartz.com

June 21, 2023

**VIA ECF & EMAIL**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  ___United States of America v. Siemens AG___ **(Case No. 22-2656)**

Dear Ms. O'Hagan Wolfe:

We represent the Siemens Defendants-Appellees in the above-captioned appeal. We write pursuant to Fed. R. App. P. 28(j) to draw the Court's attention to the recent decision in *U.S. ex rel. Polansky v. Executive Health Resources, Inc.*, No. 21-1052, 2023 WL 4034314 (2023), in which the United States Supreme Court confirmed that application of the Federal Rules—including the Rule 4 service provisions—is "the norm" in *qui tam* actions under the FCA. *See Polansky*, 2023 WL 4034314, at *8; 31 U.S.C. §§ 3730(b)(2)-(3); Appellees' Brief, at 19-21 (Rule 4(m) service deadline applies in FCA *qui tam* actions and begins to run upon unsealing of complaint).

Relator's argument that the Rule 4(m) service deadline is indefinitely stayed until the court orders service is inconsistent with the Supreme Court's clarification in *Polansky* that the FCA should be construed in accordance with the "background operation of the statute" and its "Government-centered purposes." *See Polansky*, 2023 WL 4034314, at *8-9. Neither the structure of the FCA nor its statutory purpose supports Relator's view that service may be indefinitely withheld or that FCA claims may be kept in strategic reserve by a *qui tam* plaintiff purporting to act in the Government's name. *See* Appellees' Brief, at 21-26. To the contrary, as the legislative history provides, and as the few district courts reckoning with this issue have assumed, the Rule 4(m) service period properly begins to run upon the unsealing of the *qui tam* complaint. *See id.* (*citing, inter alia,* S. Rep. No. 99-345, at 24 (1986) ("Once the court has unsealed the complaint, the defendant will be served as required under Rule 4 . . . ."); *U.S. ex rel. Pervez v. Maimonides Med.*



*Ctr.*, No. 06-cv-4989, 2010 WL 890236, at *2, 5-6 (S.D.N.Y. Mar. 9, 2010), *aff'd on other grounds*, 415 F. App'x 316 (2d Cir. 2011); *U.S. ex rel. Mallavarapu v. Acadiana Cardiology, LLC*, No. 04-732, 2010 WL 3896425, at *16-17 (W.D. La. Aug. 16, 2010), *adopted as modified*, 2010 WL 3896422 (W.D. La. Sept. 30, 2010)).  No other interpretation makes sense.

<div style="margin-left:40%">

Respectfully submitted,

_____
Wendy H. Schwartz
**BINDER & SCHWARTZ LLP**
366 Madison Avenue, Sixth Floor
New York, New York 10017
(212) 510-7143
wschwartz@binderschwartz.com

*Counsel for Siemens Corporation,*
*Siemens Industry, Inc. and Siemens*
*Electrical, LLC, f/k/a Schlesinger-*
*Siemens Electrical, LLC*

</div>

cc:    (via email)
       Agatha Cole, Esq. (agathamcole@gmail.com and agatha@beverlypllc.com)
       Max Rodriguez, Esq. (Max@pollockcohen.com)
       Steve Cohen, Esq. (SCohen@PollockCohen.com)
       Adam Pollock, Esq. (APollock@PollockCohen.com and
       adam@pollockcohen.com)
       Jeffrey Powell (Jeffrey.Powell@usdoj.gov)
       Benjamin H. Torrance (benjamin.torrance@usdoj.gov)

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this document complies with the word-count limit set forth under Fed. R. App. P. 28(j), because the body of the letter contains 340 words.

Dated:      June 21, 2023                 <u>*/s/ Wendy H. Schwartz*</u>
              New York, New York         Wendy H. Schwartz
                                        *Attorney for the Siemens*
                                         *Defendants-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2023, I caused a true and correct copy of the foregoing letter to be filed electronically with the Court using the ECF system.

I further certify that on June 21, 2023, I caused a true and correct copy of the foregoing letter to be served on (i) Agatha Cole via email at agathamcole@gmail.com and agatha@beverlypllc.com, (ii) Max Rodriguez via email at Max@pollockcohen.com, (iii) Steve Cohen via email at SCohen@PollockCohen.com, (iv) Adam Pollock via email at APollock@PollockCohen.com and adam@pollockcohen.com, (v) Jeffrey K. Powell of the United States Department of Justice via email at Jeffrey.Powell@usdoj.gov, and (vi) Benjamin H. Torrance of the United States Department of Justice via email at benjamin.torrance@usdoj.gov.


*/s/ Wendy H. Schwartz*
Wendy H. Schwartz