# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of November, two thousand twenty-three.

Before:    Susan L. Carney,
                Beth Robinson,
                     *Circuit Judges.*[*]

_____

United States of America ex rel. Clifford Weiner, State of New York ex rel. Clifford Weiner,

        Plaintiffs - Appellants,

v.

Siemens AG, Siemens Industry, Siemens Schlesinger Electric, LLC,

        Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 22-2656

     The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is VACATED, and the case is REMANDED for further proceedings consistent with this Court's opinion.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

---

[*] Circuit Judge Rosemary S. Pooler, originally a member of the panel, died on August 10, 2023. The two remaining members of the panel, who are in agreement, have decided this case. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b).